777 A.2d 1047

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Samuel R. FRY, II, Respondent.**

**No. 668 Disciplinary Dkt. No. 3.**

Supreme Court of Pennsylvania.

May 8, 2001.

### *ORDER*

PER CURIAM:

AND NOW, this 8th day of May, 2001, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 9, 2001, it is hereby

ORDERED that Samuel R. Fry, II, be and he is SUSPENDED from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa. R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa. R.D.E.